**SECURITIES & EXCHANGE COMMISSION, Plaintiff,**

v.

**REX VENTURE GROUP, LLC, et al., Defendants,**

and

**Johnny Belsome, et al., Movants–Appellants,**

v.

**Kenneth D. Bell, as the appointed Receiver of Rex Venture Group, LLC, et al., Appellee.**

No. 14–2288.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 27, 2015.

Marc R. Michaud, New Orleans, Louisiana, for Appellant. Irving M. Brenner, Kenneth D. Bell, Matthew E. Orso, McGuirewoods, LLP, Charlotte, North Carolina, for Appellees.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants seek to appeal the district court's order sustaining the Trustee's objection to Appellants' Notice of Attorney's Charging Liens. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*